**Opinion issued April 18, 2019.**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-19-00212-CR

### NO. 01-19-00213-CR

_____

## IN RE MAURICE GRIMES, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Maurice Grimes has filed two petitions for writ of mandamus complaining that Diana Troutman, the Harris County Clerk, has violated a

ministerial duty and requesting that we compel her to transmit certain documents to the Court of Criminal Appeals.[1] We dismiss for lack of jurisdiction.

Under Section 22.221(a) of the Texas Government Code, a court of appeals has the power to issue writs of mandamus, if not against a district or county court judge, to enforce our jurisdiction. *See* TEX. GOV'T CODE § 22.221(a); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (granting relief because relator sought mandamus to compel district court to forward to court of appeals because filing of notice of appeal invoked our jurisdiction). Here, relator is not complaining of an action that requires this Court to enforce our jurisdiction. Accordingly, we have no power to issue a writ against the county clerk.

We dismiss the petitions for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying cases are *The State of Texas v. Maurice James Grimes*, cause numbers 643491 and 9400486, pending in the 177th District Court of Harris County, Texas, the Honorable Robert Johnson presiding.